IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARRYL DEMETRIUS DIXON,

    Plaintiff,

v.                                                   CASE NO. 5:11-cv-00287-MP-EMT

FOWLER, HERRING, MCGREGOR, WILKSON,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, which recommends that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 4, is ACCEPTED and incorporated herein.

2. Plaintiff's complaint, Doc. 1, is TRANSFERRED to the United States District Court for the Middle District of Florida, Jacksonville Division for all further proceedings.

**DONE AND ORDERED** this __23rd__ day of September, 2011

                                  *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge